■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD CLARK, Appellant.—Order unanimously affirmed on the memorandum decision at Trial Term, Armer, J. (Appeal from order of Erie Supreme Court—vacate conviction.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Witmer, JJ.

■ In the Matter of the Arbitration between CENTRAL SOYA COMPANY, INC., Respondent, and DANA KILBURY, Doing Business as KILBURY'S FEED SERVICE, Appellant.—Order unanimously affirmed, with costs (see *Matter of Level Export Corp. [Wolz, Aiken & Co.]* 305 NY 82). (Appeal from order of Steuben Supreme ·Court—stay arbitration.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Witmer, JJ.

■ MICHIGAN MILLERS MUTUAL INSURANCE COMPANY, Respondent, v EDWIN J. BARANOWSKI et al., Defendants, and EDWIN M. BARANOWSKI et al., Appellants.—Order unanimously affirmed, without costs, for the reasons stated at Special Term, Conway, J. (Appeal from order of Oneida Supreme Court—dismiss counterclaim.) Present—Marsh, P. J., Cardamone, Simons, Hancock, Jr., and Schnepp, JJ.

■ SYRACUSE ELECTRONICS CORPORATION, Respondent, v HASSAN KADAH, Appellant.—Order unanimously affirmed, with costs, for the reasons stated in the decision at Special Term, Miller, J. (Appeal from order of Onondaga Supreme Court—disqualify law firm.) Present—Marsh, P. J., Moule, Dillon, Schnepp and Witmer, JJ.

■ RAYMOND R. RYAN et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 58113.)—Judgment unanimously affirmed, without costs, for the reasons expressed in the decision at Trial Court, Lowery, J. (Appeal from judgment of Court of Claims—appropriation.) Present—Marsh, P. J., Moule, Dillon, Schnepp and Witmer, JJ.

■ In the Matter of COUNTY OF ONEIDA et al., Respondents, v PETER A. A. BERLE, Individually and as Commissioner of the Department of Environmental Conservation of the State of New York, et al., Appellants.—Judgment unanimously affirmed, without costs, for the reasons stated at Special Term, O'Donnell, J. (Appeal from judgment of Oneida Supreme Court—art 78). Present—Marsh, P. J., Moule, Dillon, Schnepp and Witmer, JJ. [91 Misc 2d 694.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEX MYSTEK, Respondent, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Appellant.—Judgment unanimously modified insofar as it ordered relator released on parole and a new parole revocation hearing directed. (See *People ex rel. Gaskin v Smith,* 55 AD2d 1004.) (Appeal from judgment of Wyoming Supreme Court—habeas corpus.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.

■ In the Matter of DAVID P. KIDDIE, Respondent, v JAMES MELTON, as Commissioner of Motor Vehicles of the State of New York, Appellant.—Order unanimously reversed, without costs, and petition dismissed (See *Matter of Giambra v Commissioner of Motor Vehicles of State of N. Y.,* 59 AD2d 648). Motion to dismiss appeal as moot denied. (Appeal from order of Monroe Supreme Court—art 78.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ..